| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>KING, CAROL    D | 2. Cour or Organization<br>U.S. COURT OF APPEALS 5TH CIR. | 3. Da  of Report<br>5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>◯ Nomination    Date<br><br>◉ Initial    ◯ Annual    ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>U.S. COURTHOUSE, ROOM 11020<br>515 RUSK AVENUE<br>HOUSTON, TX 77002-2694 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Offices_____    Date_____ |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER OF VISITOR'S COMMITTEE | SOUTH TEXAS COLLEGE OF LAW |
| 2. | MEMBER | BOARD OF ADVISORS, SYRACUSE UNIVERSITY COLLEGE OF LAW |
| 3. | RESEARCH FELLOW | THE CENTER FOR AMERICAN AND INTERNATIONAL LAW (FORMERLY SOUTHWESTERN LEGAL FOUNDATION) |
| 4. | MEMBER OF COUNCIL | AMERICAN LAW INSTITUTE |
| 5. | MEMBER OF ADVISORY BOARD | THE CENTER FOR THOMISTIC STUDIES, UNIVERSITY OF SAINT THOMAS |
| 6. | MEMBER OF ADVISORY BOARD OF THE JUDICIAL OUTREACH PROGRAM | AMERICAN SOCIETY OF INTERNATIONAL LAW |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE    2005 MAY -9 A 11:56    RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | See attached report of Thomas M. Reavley |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Syracuse University | Commencement Exercises; Reimbursement of Airfare, Lodging, Taxis; May 15-16. 2004; Syracuse, New York |
| 2. | American Society of International Law | Meeting; Reimbursement of Airfare and Lodging; October 29-30, 2004; Washington, DC |
| 3. | Yale University | Moot Court; Reimbursement of Airfare; December 13, 2004; New Haven, Connecticut |
| 4. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 5/6/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. United States | Accrued federal income taxes for 2004, net of amounts withheld or paid quarterly | K |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Compass Bank Houston, TX (Money Market) | A | Interest | K | T | | | | | |
| 2. 7.25% Greenville, TX Bonds Due 4/1/2005 | B | Interest | K | T | | | | | |
| 3. 10% California Bonds Due 8/1/2004 | B | Interest | | | Redeem | 8/2 | K | | Issuer |
| 4. 7.25% Florida State Board of Education Bonds Due 6/1/2010 | B | Interest | K | T | | | | | |
| 5. Merck & Co. Common Stock | C | Dividend | | | Sale | 10/1 | L | F | |
| 6. Citigroup Common Stock (formerly Citicorp) | D | Dividend | N | T | | | | | |
| 7. Pfizer Common Stock | B | Dividend | K | T | | | | | |
| 8. Daily Tax Free Income Fund | B | Interest | N | T | | | | | |
| 9. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | B | Dividend | K | T | | | | | |
| 10. Coca-Cola Common Stock | A | Dividend | K | T | | | | | |
| 11. General Electric Co. Common Stock | C | Dividend | M | T | | | | | |
| 12. 5% Atlanta, GA Bonds Due 12/1/2009 | B | Interest | L | T | | | | | |
| 13. 5% Florida St. Board of Education Bonds Due 6/1/2011 | B | Interest | L | T | | | | | |
| 14. 4.85% University of North Carolina-Chapel Hill Rev. RFDG | B | Interest | L | T | | | | | |
| 15. Bonds Due 11/1/2010 | | | | | | | | | |
| 16. 5% Wisconsin St. Bonds Due 5/1/2014 | B | Interest | L | T | | | | | |
| 17. Intel Corp Common Stock | A | Dividend | K | T | | | | | |
| 18. IBM Common Stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000          G = $100,001-$1,000,000          H1 = $1,000,001-$5,000,000          H2 = More than $5,000,000
2. Value Codes:               J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000          = $500,001-$1,000,000          P1 = $1,000,001-$5,000,000          P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000                                  P4 = $More than $50,000,000
3. Value Method Codes         Q = Appraisal          R = Cost (Real Estate Only)          S = Assessment          T = Cash/Market
   (See Column C2)            U = Book Value          V = Other          W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 4.3% Jupiter Isl. Florida Util. Syst. Due 10/1/2007 | B | Interest | L | T | | | | | |
| 20. Exxon Mobil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 21. Costco Wholesale Corp. Common Stock | A | Dividend | | | Sell | 11/30 | L | E | |
| 22. Compass Bank Checking Account in the Name of Carolyn D. King | | None | J | T | | | | | |
| 23. or Thomas M. Reavley | | | | | | | | | |
| 24. T. Rowe Price Small Cap Value Fund | C | CapGainDi / | M | T | | | | | |
| 25. | | Dividend | | | | | | | |
| 26. T. Rowe Price New Era Fund | C | CapGainD:s/ | L | T | | | | | |
| 27. | | Dividend | | | | | | | |
| 28. Morgan Stanley & Co. (cash balance in brokerage account) | | None | J | T | | | | | |
| 29. Mesquite, TX ISD 5% Due 8/15/2012 | C | Interest | M | T | | | | | |
| 30. Mansfield, TX Bonds 4.4% Due 2/15/2007 | B | Interest | K | T | | | | | |
| 31. Azle, TX ISD Series C 4.875% Due 2/15/2011 | C | Interest | M | T | | | | | |
| 32. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | N | V | | | | | |
| 33. Abbott Labs Common Stock | B | Dividend | L | T | | | | | |
| 34. Cisco Systems Common Stock | | None | K | T | | | | | |
| 35. Illinois Tool Works Inc Common Stock | C | Dividend | M | T | | | | | |
| 36. 4.00% Texas State Pub Fin Gen Oblig Bonds Due 10/1/2006 | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessed | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. 5.25% Indiana St. Office Bldg. Comm. Bonds Due 7/1/10 | C | Interest | L | T | | | | | |
| 38. BP Amoco PLC | D | Dividend | M | T | | | | | |
| 39. Microsoft | D | Dividend | L | T | | | | | |
| 40. MedcoHealth Solutions, Inc. | | None | J | T | | | | | |
| 41. 3.25% Danbury, Connecticut Bonds Due 8/1/2010 | C | Interest | M | T | | | | | |
| 42. 5% California Economic Recovery Bonds Due 7/1/2015 | | None | M | T | Buy | 6/2 | M | | |
| 43. Wells Fargo Co. | | None | L | T | Buy | 12/2 | L | | |
| 44. Hospir | | None | J | T | Spin-off | 5/6 | J | | Abbott Laboratories |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

In response to Part VII C, I have reported the aggregate cash surrender value for the policies. In response to Part VII B, I have shown the aggregate amount of the dividends on the policies, which are used to pay the premiums and increase the cash surrender value.

On August 27, 2004, I married ███████████████████. I have attached a copy of his Financial Disclosure Report for 2004 for the information about ████████ required by the Instructions.

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| KING, CAROLYN D | 5/6/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                      Date _May 6, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544